# Exhibit "B"

On Thu, May 4, 2023, 11:26 AM Natalie Iford <accounting@vetsguardian.com> wrote:



INVOICE: 22-111526

Dear Veteran **Ford**,

Congratulations again on your overall VA Disability Rating increase from **70%** to **80%**.

We estimate your monthly compensation will increase **$338.09**, from an initial monthly compensation of **$2,133.06**, to a new monthly compensation of **$2,471.15**.

Over the next year you will receive an additional **$4,057** in compensation and over the next ten years, an additional **$40,571** in compensation.

Your consulting fee is equivalent to 5 months of the increase in your VA compensation due to the claim we assisted you in submitting, as agreed to in the Consulting Service Agreement.

Based on an increase of **$338.09**, your consulting fee will be 5X the increase rounded down to the nearest $10 increment, for an estimated fee of **$1,690**.

**There are three payment options:**

1

Lump Sum Payment Plan with a 10% discount: **$1,521**
5 Month Payment Plan: **$338 monthly for 5 months**
10 Month Payment Plan: **$169 monthly for 10 months**

You should expect your consulting fee billing schedule to begin the day you receive your first increased VA Disability Compensation deposit. All payments are due no later than the 7th of each month.

We accept the following forms of payment:
Most Preferred - Credit Card or Debit Card set up to auto-draft
Accepted - Automated Bank Transfer (ACH *Checking accounts only) or Mailed Checks

**What we'll need from you:**

**1) the payment option that will work best for you**
**2) the form of payment you will use**

If you have not yet sent us a complete copy of your rating decision letter, please do so. **Your consultation fees can be calculated and billed without this**, however, this letter assists in a more accurate calculation. It also provides information helpful to determining eligibility for assistance with subsequent VA claims. If you have already sent in your letter, please disregard.

You can select a plan by replying to this email, or calling me at the number below. In the meantime, please let me know if you have any questions or concerns.

*Very respectfully,*

*Natalie Iford*
*Billing Specialist*
*Veterans Guardian VA Claim Consulting*

*accounting@vetsguardian.com*
*www.VetsGuardian.com*

*Office: 833-577-8387 (Press 1 then ext 1070)*
*Fax: 512-697-1145*
*Hours: 10:30am-7:00pm Mon-Thu & 8:30-5pm Fri*
*Address: 75 Trotter Hills Circle*
*Pinehurst, NC 28374*

*Please visit Veterans Guardian FACEBOOK*

*CONFIDENTIALITY NOTICE: The information contained in this e-mail and any accompanying documents may be confidential, may be proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, use, copy or disseminate this message, or any part thereof, or any of its attachments. If you have received this message in error, please delete this message and any attachments from your system and devices without reading the content and notify the sender of the inadvertent transmission. Veterans Guardian VA Claim Consulting thanks you for your cooperation.*

