**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

JENNIFER FORD, individually and on
behalf of others similarly situated,

    Plaintiff(s),

vs.

VETERANS GUARDIAN VA
CLAIM CONSULTING, LLC
    Defendant(s).

)
)
)
)
)
)
)
)
)
)

**Case No.:** 1:23-cv-00756

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER
ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

   PLEASE COMPLETE ONLY ONE FORM FOR EACH NON-GOVERNMENTAL
CORPORATE AND LIMITED LIABILITY PARTY. COUNSEL HAVE A CONTINUING
DUTY TO UPDATE THIS INFORMATION. PLAINTIFF OR MOVING PARTY MUST SERVE
THIS FORM ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICE IS
MADE.

<u>Veterans Guardian VA Claim Consulting, LLC</u> who is <u>Defendant       </u>,

(Name of Party)       (Plaintiff/Moving Party or Defendant)

makes the following disclosure:

1.  Is party a publicly held corporation or other publicly held entity?

     ( ) Yes      (✓) No

2.  Does party have any parent corporations?

     ( ) Yes      (✓) No

   If yes, identify all parent corporations, including grandparent and great-grandparent
corporations:_____

_____

_____

3.  Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    (   ) Yes             (✔) No

    If yes, identify all such owners: _____

    _____

    _____

4.  Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    (   ) Yes             (✔) No

    If yes, identify entity and nature of interest: _____

    _____

    _____

5.  In a case based on diversity jurisdiction, pursuant to Fed.R.Civ.P.7.1(a)(2), the following is a list of all members or partners of <u>Veterans Guardian VA Claim Consulting, LLC</u> and their states of citizenship:
    (name of LLC or LP party)

| Scott Chaim Greenblatt | North Carolina |
|---|---|
| (name of member or partner) | (state of citizenship) |
| William Cooper Taylor, Jr. | North Carolina |
| (name of member or partner) | (state of citizenship) |
| | |
| (name of member or partner) | (state of citizenship) |
| | |
| (name of member or partner) | (state of citizenship) |

Note:  If there are additional members or partners, provide their names and states of citizenship on a separate page.  If any of the members or partners are an LLC or LP, provide the names and states of citizenship of the members or partners on a separate page, using the same method to identify the citizenship of members or partners through any layered entities, traced back to corporations or individuals.  *See Capps v. Newmark Southern Region, LLC,* No. 21-1196 (4th Cir. Nov. 16, 2022).

_____/s/ Dustin T. Greene_____          _____9/26/2023_____

      (Signature)                               (Date)

MDNC (12/22)