IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **JENNIFER FORD**, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>**Veterans Guardian VA CLAIM CONSULTING, LLC,**<br><br>       Defendant. | No. 1:23-cv-756 |

## DEFENDANT'S MOTION TO DISMISS

Defendant Veterans Guardian VA Claim Consulting, LLC, by and through undersigned counsel, hereby moves, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, to dismiss all claims asserted against it by Plaintiff Jennifer Ford for failure to state a claim upon which relief can be granted. In support of this motion, Defendant respectfully submits its concurrently filed Memorandum of Law.

Date: November 21, 2023

Respectfully submitted,

*/s/* Dustin T. Greene
Dustin T. Greene
North Carolina Bar No. 38193
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Office: (336) 607-7300
Fax: (336) 607-7500
dgreene@kilpatricktownsend.com

/s/ Anthony T. Pierce
Anthony T. Pierce*
Caroline L. Wolverton*
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street N.W.
Washington, DC 20006
Tel: (202) 887-4000
Email:
apierce@akingump.com
cwolverton@akingump.com
*special appearance

*Counsel for Defendant Veterans Guardian VA Claim Consulting, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel of record in this action.

Respectfully submitted,

*/s/* Dustin T. Greene
Dustin T. Greene
N.C. Bar No. 38193
KILPATRICK TOWNSEND & STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 607-7300
Facsimile: (336) 607-7500
DGreene@KilpatrickTownsend.com
Attorney for Plaintiffs
*Counsel for Defendant Veterans Guardian VA Claim Consulting, LLC*