# EXHIBIT A

```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
                   GREENSBORO DIVISION

             CASE NO. 1:23-cv-756-CCE-LPA
```

JENNIFER FORD, individually and
on behalf of all others similarly
situated,

      Plaintiff,

vs.

VETERANS GUARDIAN VA CLAIM CONSULTING, LLC,

      Defendant.

```
              DEPOSITION OF SAMANTHA KEHOE

            TAKEN ON BEHALF OF THE PLAINTIFF

                  NOVEMBER 7TH, 2024
               10:03 A.M. TO 4:26 P.M.

           ALL PARTIES APPEARED REMOTELY
                     PURSUANT TO
         FLORIDA SUPREME COURT ORDER AOSC20-23
```

REPORTED BY:
ABIGAIL HOGARTH, CER, COURT REPORTER
NOTARY PUBLIC, STATE OF FLORIDA



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com

Page 146
1  A   I can't imagine that section right now.
2  Q   Okay. Give me one second. I'm going to get
3  an Exhibit pulled up. Okay. And I think I know how to
4  get this so that it shows up on your end. Let me see
5  here.
6       Okay. Ms. Kehoe, can you see the document
7  that I have pulled up here?
8  A   Yes.
9       MR. BROCHU: And Madam Court Reporter, please
10      mark this as Exhibit 1, Bates Number VG0005830.
11      (Thereupon, Plaintiff's Exhibit 1 was entered
12      into the record.)
13      THE COURT REPORTER: Okay.
14 BY MR. BROCHU:
15 Q   Ms. Kehoe, have you ever seen this document
16 before?
17 A   Yes.
18 Q   When's the first time you saw this document?
19 A   I am not sure.
20 Q   Do you know who prepared this document?
21 A   I do not.
22 Q   Did you see this for the first time in the
23 last week?
24 A   I don't believe so.
25 Q   Was it during the first month of your

Page 147
1  employment?
2  A   No.
3  Q   Okay. And who is the Chief Executive Officer
4  of Veterans Guardian?
5  A   Scott Greenblatt.
6  Q   Who's the Chief Operating Officer?
7  A   Bill Taylor.
8  Q   Human Resources?
9  A   I'm sorry, do you want the name of --
10 Q   Yeah, the name if you know it?
11 A   Abby -- I'm sorry, I cannot remember her last
12 name right now.
13 Q   Okay. Government Affairs. Who runs that
14 department at Veterans Guardian?
15 A   I am not sure.
16 Q   Facilities. Any idea?
17 A   No.
18 Q   IT development?
19 A   I do not know.
20 Q   Who's the highest-ranking member of Veterans
21 Guardian that works in the ID -- IT department that you
22 know?
23 A   Jason Thomas.
24 Q   Mason Thomas?
25 A   Jason.

Page 148
1  Q   Oh, Jason, I'm sorry. Jason Thomas. What's
2  Mr. Thomas title?
3  A   I am not sure. He's the only member of IT I
4  remember.
5  Q   Okay. Now, is he the one that sets you up if
6  you get locked out of Salesforce or who's he?
7  A   I'm not sure what his role is with the IT
8  department. He's the only member of the IT department
9  whose name I can remember at this time.
10 Q   Okay. Now, is he part of IT development or IT
11 operations? Any idea?
12 A   I do not know.
13 Q   And what about veteran experience?
14 A   I do not know.
15 Q   Marketing and social media, who runs those
16 departments?
17 A   Joanna Murphy.
18 Q   Joanna Murphy?
19 A   Yes.
20 Q   Would it surprise you that Veterans Guardian
21 is advertising using the word VSO near me?
22 A   Yes.
23 Q   Is Veterans Guardian directly competing with
24 Veterans Service Organizations?
25 A   I'm not sure.

Page 149
1  Q   Do you think that Veterans Guardian is a
2  direct competitor to a Veterans Service Organization?
3  A   I do not know.
4  Q   Do you think in your own understanding of
5  public policy, based on your background, that Veterans
6  Guardian is competing with VA accredited
7  representatives?
8  A   No.
9  Q   Why not?
10 A   I just do not believe that Veterans Guardian
11 is, I know.
12 Q   Well, you told me earlier that there's nothing
13 that Veterans Guardian does that a VA accredited agent
14 or attorney can't do, right?
15 A   Correct.
16 Q   So, how does that not make Veterans Guardian a
17 direct competitor to a VA accredited agent?
18 A   I'm not sure.
19 Q   Okay. So, you agree with me that if Veterans
20 Guardian does the exact same thing that a VA accredited
21 agent does, that they would be direct competitors? That
22 makes sense. Doesn't it?
23      MS. WOLVERTON: Objection. Assumes facts not
24      in evidence.
25 A   Yes. That makes sense.



Office Phone: 954-712-2600
Email: info@ucrinc.com
Website: ucrinc.com

Case 1:23-cv-00756-CCE-LPA    Document 87-1    Filed 06/05/25    Page 3 of 4

Page 254
1  I don't know if your Counsel has any other
2  questions for you at this time, but as of right
3  now, I do not have any other questions for you.
4  But I do want to thank you and your husband
5  for your service to our country and for your time
6  today.
7  MS. WOLVERTON: Thanks so much. Well, we'll
8  just ask to take a two-minute break and we'll be
9  right back. So, can we go off the record for two
10 minutes?
11 (Thereupon, a short discussion was held off
12 record.)
13 (Deposition resumed.)
14 THE COURT REPORTER: Okay. We're back on the
15 record.
16 MS. WOLVERTON: No questions.
17 MR. BROCHU: No further questions from us
18 either, Ms. Kehoe greatly appreciate your time.
19 Safe travels home. Thank you.
20 MS. WOLVERTON: Thank you so much. And we do
21 reserve the right to read and sign the transcript,
22 please.
23 THE COURT REPORTER: Okay. Thank you. And
24 Counsel, would you like to order the transcript
25 today?

Page 255
1  MS. WOLVERTON: Yes, please.
2  THE COURT REPORTER: Okay. Mr. Brochu, would
3  you like to order the transcript as well?
4  MR. BROCHU: Yes, please.
5  THE COURT REPORTER: All right. Standard
6  delivery, 10 business days is, okay?
7  MS. WOLVERTON: Yes.
8  MR. BROCHU: Ten business. Yeah, that should
9  be fine. And we'll get you all of the Exhibits --
10 THE COURT REPORTER: Okay. Perfect.
11 MR. BROCHU: -- as well offline.
12 THE COURT REPORTER: All right. Thank you.
13 I'll go off the record now.
14 (Deposition concluded at 04:26 p.m.)
15 (Reading and signing of the deposition by the
16 witness has been reserved.)

Page 256
1  CERTIFICATE OF REPORTER
2  STATE OF FLORIDA
3  COUNTY OF BROWARD
4
5  I, ABIGAIL HOGARTH, Court Reporter and Notary
6  Public for the State of Florida, do hereby certify that
7  I was authorized to and did digitally report and
8  transcribe the foregoing proceedings, and that the
9  transcript is a true and complete record of my notes.
10
11 I further certify that I am not a relative,
12 employee, attorney or counsel of any of the parties, nor
13 am I a relative or employee of any of the parties'
14 attorneys or counsel connected with the action, nor am I
15 financially interested in the action.
16 Witness my hand this 21st day of November, 2024.
17
18
19
20
21
22
23
24 _____
   ABIGAIL HOGARTH, COURT REPORTER
25 NOTARY PUBLIC, STATE OF FLORIDA

Page 257
1  CERTIFICATE OF OATH
2  STATE OF FLORIDA
3  COUNTY OF BROWARD
4
5  I, ABIGAIL HOGARTH, the undersigned authority,
6  certify that SAMANTHA KEHOE, appeared before me and was
7  duly sworn on the 7th day of November, 2024.
8
9  Witness my hand this 21st day of November, 2024.
10
11
12
13
14
15
16
17
18
19
20
21
22
23 _____
   ABIGAIL HOGARTH, COURT REPORTER
24 NOTARY PUBLIC, STATE OF FLORIDA
   Commission No.: HH 89474
25 Commission Exp: 02/07/2025



**Office Phone:** 954-712-2600
**Email:** info@ucrinc.com
**Website:** ucrinc.com