**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

JENNIFER FORD, ERIC BEARD, and BRIAN OTTERS, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

VETERANS GUARDIAN VA CLAIM CONSULTING, LLC,

Defendant.

No. 1:23-cv-756-CCE-LPA

**DEFENDANT'S SUPPLEMENTAL CROSS-MOTION FOR SUMMARY JUDGMENT**

NOW COMES Defendant, Veterans Guardian VA Claim Consulting, LLC ("VG"), by and through counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and moving on the full record, respectfully submits this Supplemental Cross-Motion for Summary Judgment and Opposition to Plaintiffs' Supplemental Motion for Summary Judgment, ECF No. 197. In support of this motion, VG submits herewith the enclosed memorandum of law and Declaration of Caroline Wolverton, along with accompanying exhibits referenced therein, namely: excerpts of the deposition testimony of named Plaintiffs Jennifer Ford, Brian Otters, and Eric Beard; excerpts of the deposition testimony of witnesses Melanie Johnson, Thomas Stebbins, Christopher Iturbe, Catherine Perkins, William ("Bill") Taylor, and Donald King; the expert rebuttal report of Maria Tripplaar; excerpts of the deposition testimony of Jeremiah Wesbrock from *Veterans Guardian VA*

*Claim Consulting, LLC v. Frey*, No. 1:24-cv-00290-LEW (D. Me.), produced in discovery at VG-0238112; the Declaration of Duane Svoboda filed in *Joshco Group, LLC v. Bonta*, No. 3:26-cv-04727-BJC-GC (S.D. Cal. filed Aug. 18, 2026); the Declaration of witness John F. Rudman; excerpts and transcripts of the client calls, testimonials, and other client evidence referenced in the memorandum, including VG-0094220, VG-0099486, and VG-0001204; the excerpts of testimony and client reviews presented by VG's Chief Operating Officer, Bill Taylor, before the Senate (PLAINTIFFS000004); and VG's September 6, 2024 response to the Department of Veterans Affairs' August 8, 2024 letter, together with VG's supplemental response and enclosures. Evidence attached to prior filings is referred to by docket number.

For the reasons set forth in the accompanying memorandum of law and shown in the exhibits, and based on the full record on which Defendant moves, no genuine dispute of material facts exists as to any of Plaintiffs' outstanding claims and VG is entitled to judgment as a matter of law. VG respectfully requests that the Court enter an Order granting summary judgment for VG on each of Plaintiffs' outstanding claims and denying Plaintiffs' supplemental motion for summary judgment.

This the 2nd day of October, 2026.

Date: October 2, 2026

Respectfully submitted,

/s/ Dustin T. Greene
Dustin T. Greene
North Carolina Bar No. 38193
FOLEY & LARDNER LLP
4140 Parklake Avenue, Suite 610
Raleigh, NC 27612
Office: (984) 375-3050
Fax: (984) 375-3040
Email: dustin.greene@foley.com

/s/ Caroline L. Wolverton
Anthony T. Pierce*
Lide Paterno*
Caroline L. Wolverton*
Nicole A. Greenstein*
Madeline M. Kinsey*
AKIN GUMP STRAUSS HAUER & FELD LLP
Robert S. Strauss Tower
2001 K Street N.W.
Washington, DC 20006
Tel: (202) 887-4000
Email: apierce@akingump.com
lpaterno@akingump.com
cwolverton@akingump.com
*special appearance

*Counsel for Defendant VG VA Claim Consulting, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/* Caroline L. Wolverton
Caroline L. Wolverton